UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

In re: MERRILL, CODY P. § Case No. 12-60636
     MERRILL, KARI E. §
      §
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 24, 2012. The undersigned trustee was appointed on April 24, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     9,014.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 2,714.92 |
| Leaving a balance on hand of [1]  $ | 6,259.08 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 09/10/2012 and the deadline for filing governmental claims was 10/21/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,379.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,379.91, for a total compensation of $1,379.91.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $200.00, for total expenses of $200.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/03/2013           By: /s/Christy L. Brandon
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-60636  
**Case Name:** MERRILL, CODY P.  
MERRILL, KARI E.  
**Period Ending:** 04/03/13

**Trustee:** (460060) Christy L. Brandon  
**Filed (f) or Converted (c):** 04/24/12 (f)  
**§341(a) Meeting Date:** 06/11/12  
**Claims Bar Date:** 09/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C | 102.28 | 25.57 | | 0.00 | FA |
| 2 | SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHO | 600.00 | 600.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO | 1,395.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, | 585.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL. | 525.00 | 0.00 | | 0.00 | FA |
| 6 | FURS AND JEWELRY. | 150.00 | 0.00 | | 0.00 | FA |
| 7 | FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBB | 100.00 | 0.00 | | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES. NAME INSURANCE | Unknown | 0.00 | | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES. NAME INSURANCE | Unknown | 0.00 | | 0.00 | FA |
| 10 | INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION | 975.42 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES | 6,407.00 | 3,500.00 | | 3,814.74 | FA |
| 12 | TAX REFUNDS (u) (See Footnote) | Unknown | Unknown | | 5,199.26 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$10,839.70** | **$4,125.57** | | **$9,014.00** | **$0.00** |

RE PROP# 12   04/24/12  (114/365 =.31)

---

**Major Activities Affecting Case Closing:**

    Potential 2012 Tax Refund  
    Vehicle equity (2007 Kia Optima)

    8/28/2012   sent Vehicle Equity Buyback Letter.  
    9/4/2012 Tcf M Morison - they can't get a loan from bank, no family to borrower from, can't afford buyback payments; it's the only vehicle they have; okay to spread over a year? Can manage $300/month...  
    11/9/2012 Tcf K. Merrill (909/213-7206)

Printed: 04/03/2013 08:28 AM   V.13.13

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 12-60636 | | Trustee: | (460060) | Christy L. Brandon |
| Case Name: | MERRILL, CODY P. | | Filed (f) or Converted (c): | 04/24/12 (f) | |
| | MERRILL, KARI E. | | §341(a) Meeting Date: | 06/11/12 | |
| Period Ending: | 04/03/13 | | Claims Bar Date: | 09/10/12 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/19/2012 Rec'd 1st Pymt vehicle equity

11/29/12 Filed Notice of Intent to Sell (obj due 12/13/12)

12/21/12 Rec'd 2nd Pymt vehicle equity

1/17/13 Rec'd 3rd Pymt vehicle equity

2/21/13 Rec'd 4th Pymt vehicle equity

2/26/13  Rec'd tax returns per mail.  Emailed response letter.

3/21/13 Rec'd 2012 State Tax Refund from Debtors ($196)

3/27/13 Rec'd 2012 Fedl Tax Refund ($7818); applied $2814.74 to PIF vehicle equity promissory note and applied $2,484.34 to estate's portion of 2012 tax refunds; filed Report of Sale for vehicle equity.

3/29/13 Cut check to Debtors ($2,714.92) for their portion of 2012 Tax Refunds ($5,529.66), less amount owed on vehicle equity ($2,814.74).

Initial Projected Date Of Final Report (TFR):      April 24, 2013          Current Projected Date Of Final Report (TFR):      April 24, 2013

| April 3, 2013 | /s/ Christy L. Brandon |
|---|---|
| Date | Christy L. Brandon |

Printed: 04/03/2013 08:28 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-60636 | | Trustee: | Christy L. Brandon (460060) |
| --- | --- | --- | --- | --- |
| Case Name: | MERRILL, CODY P. | | Bank Name: | The Bank of New York Mellon |
| | MERRILL, KARI E. | | Account: | 9200-******42-66 - Checking Account |
| Taxpayer ID #: | **-***1145 | | Blanket Bond: | $82,344,543.00 (per case limit) |
| Period Ending: | 04/03/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/19/12 | {11} | Cody & Kari Merrill | 1st of 6 pymts | 1129-000 | 250.00 | | 250.00 |
| 12/21/12 | {11} | Cody & Kari Merrill | 2nd of 6 pymts | 1129-000 | 250.00 | | 500.00 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001046006088 20121227 | 9999-000 | | 500.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 500.00 | 500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 500.00 | |
| | | | Subtotal | | 500.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $500.00 | $0.00 | |

{} Asset reference(s)          Printed: 04/03/2013 08:28 AM    V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-60636 | | Trustee: | Christy L. Brandon (460060) |
|---|---|---|---|---|
| Case Name: | MERRILL, CODY P. | | Bank Name: | Rabobank, N.A. |
| | MERRILL, KARI E. | | Account: | ****160166 - Checking Account |
| Taxpayer ID #: | **-***1145 | | Blanket Bond: | $82,344,543.00  (per case limit) |
| Period Ending: | 04/03/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 500.00 | | 500.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 490.00 |
| 01/17/13 | {11} | Cody & Kari Merrill | 3rd of 6 pymts | 1129-000 | 250.00 | | 740.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 730.00 |
| 02/21/13 | {11} | Cody & Kari Merrill | 4th of 6 pymts | 1129-000 | 250.00 | | 980.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 970.00 |
| 03/21/13 | {12} | State of Montana Dept of Revenue | 2012 State Tax Refund | 1224-000 | 196.00 | | 1,166.00 |
| 03/27/13 | | Internal Revenue Service | 2012 Federal Tax Refund | | 7,818.00 | | 8,984.00 |
| | {11} | | PIF Vehicle Equity    2,814.74 | 1129-000 | | | 8,984.00 |
| | {12} | | 2012 Tax Refunds    5,003.26 | 1224-000 | | | 8,984.00 |
| 03/29/13 | 10101 | CODY P. MERRILL AND KARI E. MERRILL | Debtors' portion of 2012 Tax Refunds less vehicle equity | 8500-002 | | 2,714.92 | 6,269.08 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 6,259.08 |
| | | | ACCOUNT TOTALS | | 9,014.00 | 2,754.92 | $6,259.08 |
| | | | Less: Bank Transfers | | 500.00 | 0.00 | |
| | | | Subtotal | | 8,514.00 | 2,754.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,514.00 | $2,754.92 | |

| | | |
|---|---|---|
| Net Receipts : | | 9,014.00 |
| Less Other Noncompensable Items : | | 2,714.92 |
| Net Estate : | | $6,299.08 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******42-66 | 500.00 | 0.00 | 0.00 |
| Checking # ****160166 | 8,514.00 | 2,754.92 | 6,259.08 |
| | $9,014.00 | $2,754.92 | $6,259.08 |

April 3, 2013                                                                                        /s/ Christy L. Brandon
_____                                             _____
             Date                                                                                          Christy L. Brandon

# Claims Register

## Case: 12-60636  MERRILL, CODY P.

Claims Bar Date: 09/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Christy L. Brandon<br>147 Sherman Lane<br>Bigfork, MT 59911<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>04/24/12 |  | $1,379.91<br>$1,379.91 | $0.00 | $1,379.91 |
|  | Christy L. Brandon<br>147 Sherman Lane<br>Bigfork, MT 59911<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>04/24/12 |  | $200.00<br>$200.00 | $0.00 | $200.00 |
| 1 -1 | GLACIER MEDICAL ASSOCIATES<br>1111 BAKER AVENUE<br><br>WHITEFISH, MT 59937-2901<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/10/12 | 7919<br><br>1111 BAKER AVENUE<br>WHITEFISH, MT 599372901<br>-----------------------------------------------------------------------------<br>History: Details1-105/10/2012Claim #1 filed by GLACIER MEDICAL ASSOCIATES, Amount claimed: $783.60 (Schelin, Kathy )<br>-----------------------------------------------------------------------------* * *<br><br>-----------------------------------------------------------------------------<br>Schedule F Account: X7919 | $783.60<br>$783.60 | $0.00 | $783.60 |
| 2 -1 | CREDIT SYSTEMS<br>PO BOX 875<br><br>HELENA, MT 59624<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/13/12 | MULTI<br><br>PO BOX 875<br>HELENA, MT 59624<br>-----------------------------------------------------------------------------<br>History: Details2-106/13/2012Claim #2 filed by CREDIT SYSTEMS, Amount claimed: $1726.26 (CENTRON SERVICES INC)<br>-----------------------------------------------------------------------------* * *<br><br>-----------------------------------------------------------------------------<br>Schedule F Account: XXXXXX0195<br>-----------------------------------------------------------------------------<br>Schedule F Account: XXXXXXX78-02<br>-----------------------------------------------------------------------------<br>Schedule F Account: XXXXXXX79-02 | $1,726.26<br>$1,726.26 | $0.00 | $1,726.26 |
| 3 -1 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Unsecured<br>06/29/12 | 3887<br><br>PO Box 71083<br>Charlotte, NC 282721083<br>-----------------------------------------------------------------------------<br>History: Details3-106/29/2012Claim #3 filed by Capital One Bank (USA), N.A., Amount claimed: $6045.40 (AMERICAN INFOSOURCE | $6,045.40<br>$6,045.40 | $0.00 | $6,045.40 |

# Claims Register

## Case: 12-60636    MERRILL, CODY P.

Claims Bar Date: 09/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | (HOGAN, B)) | | | |
| | | | Schedule F Account: XXXXXXXXXXXX3887 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 -1 | AMERICAN EXPRESS BANK FSB C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured 07/06/12 | AMEX 7273  C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 193550701  History: Details4-107/06/2012Claim #4 filed by AMERICAN EXPRESS BANK FSB, Amount claimed: $2617.71 (LEE, THOMAS )  Schedule F Account: XXXXXXXXXXXX7273 | $2,617.71 $2,617.71 | $0.00 | $2,617.71 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 -1 | FIRST FINANCIAL BANK C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS, TX 75374 | Unsecured 07/13/12 | 1ST FINANCIAL 2333  C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS, TX 75374  History: Details5-107/13/2012Claim #5 filed by 1ST FINANCIAL BANK, Amount claimed: $18905.01 (Schelin, Kathy )  Schedule F Account: XXXXXXXXXXXX2333 | $18,905.01 $18,905.01 | $0.00 | $18,905.01 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 -1 | VERIZON WIRELESS PO BOX 3397  BLOOMINGTON, IL 61702 | Unsecured 08/20/12 | 0001  PO BOX 3397 Bloomington, IL 61702  History: Details6-108/20/2012Claim #6 filed by Verizon Wireless, Amount claimed: $382.53 (SCHMAHL, PAM )  Schedule F Account: XXXXXXXXX0001 | $382.53 $382.53 | $0.00 | $382.53 |

# Claims Register

## Case: 12-60636   MERRILL, CODY P.

Claims Bar Date:  09/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 -1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>WORLD FINANCIAL NETWORK BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured<br>08/31/12 | PIER 1<br><br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 980830788<br>-------------------------------------------------------------------------------<br>History: Details7-108/31/2012Claim #7 filed by Quantum3 Group LLC as agent for, Amount claimed: $377.93 (Sandhu, Dhar )<br>-------------------------------------------------------------------------------\* \* \*<br><br>-------------------------------------------------------------------------------<br>Schedule F Account: XXXXXXXXXXXX8384 | $377.93<br>$377.93 | $0.00 | $377.93 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 -1 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br><br>TUCSON, AZ 85712 | Unsecured<br>09/10/12 | HERBERGERS<br>NOT<br>SCHEDULED<br><br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712<br>-------------------------------------------------------------------------------<br>History: Details8-109/10/2012Claim #8 filed by CAPITAL ONE, N.A., Amount claimed: $79.81 (BASS & ASSOCIATES (WATKINS, J))<br>-------------------------------------------------------------------------------\* \* \* | $79.81<br>$79.81 | $0.00 | $79.81 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| NOTFILED-1 | ALAN MICKELSON<br>25920 193RD PLACE SE<br>Kent, WA 98042<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/24/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | NORTH VALLEY HOSPITAL<br>1600 HOSPITAL WAY<br>Whitefish, MT 59937<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/24/12 | XXXXXX3159 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | NORTH VALLEY SURGICAL SERVICES<br>711 E 13TH ST, STE 201<br>Whitefish, MT 59937<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/24/12 | XXX3424 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 12-60636  MERRILL, CODY P.

Claims Bar Date: 09/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED-1 | PARKSIDE FEDERAL CREDIT UNION<br>1300 BAKER AVE<br>Whitefish, MT 59937<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/24/12 | XXX8758 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | WELLS FARGO BANK<br>PO BOX 31557<br>Billings, MT 59107<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/24/12 | XXXXXX9514 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | UROLOGY ASSOCIATES, P.C.<br>350 HERITAGE WAY, #2300<br>Kalispell, MT 59901<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/24/12 | XXX2-AKM | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | PARKSIDE FEDERAL CREDIT UNION<br>1300 BAKER AVE<br>Whitefish, MT 59937<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/24/12 | XXXXXX6500 | $0.00<br>$0.00 | $0.00 | $0.00 |
| | | | **Case Total:** | | **$0.00** | **$32,498.16** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-60636
Case Name: MERRILL, CODY P.
Trustee Name: Christy L. Brandon

**Balance on hand:** $ 6,259.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,259.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christy L. Brandon | 1,379.91 | 0.00 | 1,379.91 |
| Trustee, Expenses - Christy L. Brandon | 200.00 | 0.00 | 200.00 |

Total to be paid for chapter 7 administration expenses: $ 1,579.91
Remaining balance: $ 4,679.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,679.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,679.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 30,918.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 -1 | GLACIER MEDICAL ASSOCIATES | 783.60 | 0.00 | 118.59 |
| 2 -1 | CREDIT SYSTEMS | 1,726.26 | 0.00 | 261.25 |
| 3 -1 | CAPITAL ONE BANK (USA), N.A. | 6,045.40 | 0.00 | 914.91 |
| 4 -1 | AMERICAN EXPRESS BANK FSB | 2,617.71 | 0.00 | 396.16 |
| 5 -1 | FIRST FINANCIAL BANK | 18,905.01 | 0.00 | 2,861.09 |
| 6 -1 | VERIZON WIRELESS | 382.53 | 0.00 | 57.89 |
| 7 -1 | QUANTUM3 GROUP LLC AS AGENT FOR | 377.93 | 0.00 | 57.20 |
| 8 -1 | CAPITAL ONE, N.A. | 79.81 | 0.00 | 12.08 |

Total to be paid for timely general unsecured claims:  $  4,679.17
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**